F I L E D
Clerk
District Court
MAY 25 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S.A. FANTER CORPORATION, LTD., | Case No. 1:21-cv-00035 |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Court HEREBY GRANTS the parties' Stipulation to Continue Status Conference (ECF No. 10). The Status Conference set for June 2, 2022 is hereby rescheduled to **June 6, 2022 at 2:30 p.m.**

IT IS SO ORDERED this 25th day of May, 2022.

*/s/ Ramona V. Manglona*

RAMONA V. MANGLONA
Chief Judge