**SAN NICOLAS LAW OFFICE, LLC**
**Joey P. San Nicolas, Esq. (F0342)**
**2nd Floor, ICCI Bldg. (Middle Road)**
**P.O. Box 10,001 PMB 602**
**SAIPAN, MP  96950**
**670-234-7659 (SNLW)**
**jpsn@sannicolaslaw.net**

Attorney for Defendant Imperial Pacific Int'l (CNMI), LLC

### IN THE UNITED STATES DISTRIC COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S.A. FANTER CORPORATION, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Defendant. | Civil Case No. 21-cv-00035 <br><br><br> **REQUEST FOR ORDER PERMITTING REMOTE APPEARANCE AT STATUS CONFERENCE** |

PLEASE TAKE NOTICE that, Joey P. San Nicolas, Esq., hereby respectfully requests the court's permission to allow counsel to appear remotely via telephone or video conferencing at the Status Conference that is currently scheduled to take place on June 06, 2022 at 2:30 p.m. in regard to the above-captioned matter.

It is respectfully submitted that good cause exists for the requested order on the grounds that counsel will be off-island on January 06, 2022. The court is hereby requested to grant permission for counsel to appear at the Status Conference remotely.

Respectfully submitted this 25th day of May, 2022.


*/s/ Joey P. San Nicolas*
JOEY P. SAN NICOLAS (F-0342)
Attorney for Defendant