FILED
Clerk
District Court

JUN 06 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00035                                                                June 6, 2022
                                                                             2:25 p.m.

**USA FANTER CORPORATION LTD -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           HEIDI DOOGAN, COURT REPORTER
           FRANCINE ATALIG, COURTROOM DEPUTY
           COLIN THOMPSON, ATTORNEY FOR PLAINTIFF
           JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT (via vtc)

PROCEEDINGS:   STATUS CONFERENCE

Court and counsel addressed scheduling order deadlines. Attorney Thompson confirmed the matter will proceed with a bench trial.

Attorney San Nicolas updated the Court regarding payment. Court apprised the parties that all deadlines remain.

                                                Adjourned at 2:40 p.m.
                                                /s/ Francine Atalig, Courtroom Deputy