**SAN NICOLAS LAW OFFICE, LLC**
Joey P. San Nicolas, Esq. (F0342)
2nd Floor, ICCI Bldg. (Middle Road)
PMB 602, PPP Box 10,001
SAIPAN, MP  96950
670-234-7659 (SNLW)
jpsn@sannicolaslaw.net

F I L E D
Clerk
District Court

JUN 15 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Imperial Pacific Int'l (CNMI), LLC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S.A. FANTER CORPORATION, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Defendant. | Case No. 1:21-CV-00035 <br><br> **ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUTOFF DATE AND FACT DISCOVERY MOTIONS DATE** |

Based on the parties' request and FOR GOOD CAUSE SHOWN, the Court **HEREBY GRANTS** the Stipulation to Extend Discovery Cutoff Date and Fact Discovery Motions Date ECF No. 15.  Pursuant to the stipulation, the Court orders that the Discovery Cutoff Date is now June 30, 2022 and the Fact Discovery Motions are now due on August 12, 2022 based on a showing of good cause pursuant to Fed. R. Civ. P. 16(b)(4).

SO ORDERED this 15th day of June, 2022.

_____
HEATHER L. KENNEDY
Magistrate Judge