AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | | |
|---|---|---|
| U.S.A. FANTER CORPORATION, LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00035 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC | ) | |
| *Defendant* | ) | |

FILED
Clerk
District Court
NOV 30 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Default Judgment is hereby entered in favor of Plaintiff USA Fanter Corporation and against Defendant Imperial Pacific International (CNMI), LLC in the amount of $226,127.05 plus post-judgment interest under the federal rate which is at 4.76% as of November 25, 2022.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for Entry of Default Judgment against Defendant Imperial Pacific International (CNMI), LLC (ECF No. 33).

Date: November 30, 2022

CLERK OF COURT

**HEATHER L. KENNEDY**
*Signature of Clerk or Deputy Clerk*