**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for U.S.A. Fanter Corporation, Ltd.*

F I L E D
Clerk
District Court

JUN 20 2023

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S.A. FANTER CORPORATION, LTD, <br><br> **Plaintiff,** <br><br> vs. <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> **Defendant.** | Case No. 1:21-cv-00035 <br><br> **NOTICE OF WRIT OF EXECUTION** |

**TO: IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**

A Writ of Execution was issued against you. It was issued because there is an outstanding judgment against you (ECF No. 34). It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

Exempt Property. The law provides that certain property cannot be taken. Such property is said to be exempt. There may be exemptions that may be applicable to you. You may have other rights.

Under CNMI law, you must act promptly to claim any exemptions and you may tell the person levying execution what property you wish to keep. 7 CMC § 4204(a). If you fail to

promptly select enough non-exempt property to satisfy the judgment, the person levying execution is authorized to select property until enough has been taken to satisfy the amount of the execution. 7 CMC § 4204(a). The person levying execution will first take property specifically attached in the action in which the execution was issued before taking other non-exempt property. 7 CMC § 4204(a).

You may have other rights. If you are uncertain as to your exemption rights, you should consult a lawyer for advice.

If you have an exemption, you should demand a prompt hearing from the Court. You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

Property Belonging to Another Person. If there is property in your bank account that belongs to another person or that you own with another person, you should notify that person so that he/she/they can file a property claim or other legal papers with the Court to prevent his/her property from being taken or sold at a United States Marshal's sale to satisfy your debt.

IN WITNESS WHEREOF, I, Heather Kennedy, Clerk of said Court, have set my hand this the 20th day of June, 2023.

                                        HEATHER KENNEDY, Clerk
                                        United States District Court
                                        For the Northern Mariana Islands

BY: _____
       Clerk of Court